# UNITED STATES DISTRICT COURT

**CHRISTOPHER MALONEY**
CHIEF U.S. PROBATION OFFICER

**DISTRICT OF MASSACHUSETTS
PROBATION AND PRETRIAL SERVICES OFFICE**

One Courthouse Way
Suite 1-200
Boston, MA 02210
Phone: 617-748-4200
Fax: 617-748-9185

1/26/2015

Honorable Mark L. Wolf, Senior U.S. District Judge
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

                          RE:    MATHES, Margaret
                                   Release Status Letter
                                   CR# 13-10276-MLW

Dear Honorable Mark L. Wolf,

This letter serves as an update of Ms. Mathes' compliance while on pretrial release conditions. On August 27, 2014, Ms. Mathes appeared before Your Honor and pled guilty to count 1, Conspiracy in violation of title 18, United States Code, Section 371 and counts 42-49, Structuring Financial Transactions in violation of Title 31, United States Code, Section 5324 (a) (3), and 5324 (d) (2). She was released on the same conditions as previously set by Magistrate Judge Marianne B. Bowler on October 1, 2013.

Ms. Mathes was released on a $100,000 Bond secured by property and other conditions of release which required that she reside at her present address on Simpson Street in Lowell, MA and not move without permission of the Court. Initially, she was residing with a roommate. This person left the country to visit family and Ms. Mathes was left at the residence alone. In November 2014, Ms. Mathes' daughter, (co-defendant Boseba Prum) advised that her mother was beginning to demonstrate signs of dementia and had been forgetting things such as taking her medication and /or forgetting the amount of medicine that she took. She was having difficulty remembering daily tasks and her family believed that this was a potential hazard. On November 5, 2014, Pretrial Services advised the Court of this matter and requested permission for her to move to her daughter's address. There was no objection by either counsel. The Court allowed the change in address.

Page 2

Ms. Mathes has been residing with her daughter at her daughter's home in Lowell, MA since December, 2014. She continues to report in person to the Lawrence Probation office the first Wednesday of each month and has complied with all other conditions of release. She is not employed at this time and there has been no contact with law enforcement officials.

A check with the Criminal Justice Information History has revealed no new arrests or warrants. The above information was provided for Your Honor's consideration at sentencing.

Respectfully

Judith Oxford
Senior U.S. Probation Officer

Reviewed and approved by: _____

Brian McDonald, Supervising

U.S. Probation Officer

Cc:   Andrew Lelling, AUSA

Jane Peachy, FPD

# UNITED STATES DISTRICT COURT

**CHRISTOPHER MALONEY**
*CHIEF U.S. PROBATION OFFICER*

**DISTRICT OF MASSACHUSETTS**
**PROBATION AND PRETRIAL SERVICES OFFICE**

One Courthouse Way
Suite 1-200
Boston, MA 02210
Phone: 617-748-4200
Fax: 617-748-9185

1/26/2015

Honorable Mark L. Wolf, Senior U.S. District Judge
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

RE: PRUM, Boseba
Release Status Letter
CR# 13-10276-MLW

Dear Honorable Mark L. Wolf,

This letter serves as an update of Ms. Prum's compliance with her pretrial release conditions. Ms. Prum appeared before Your Honor on August 28, 2014, and pled guilty to count 1, Conspiracy, in violation of Title 18, United States Code, Section 371; counts 2-11, Filing False Employment Tax Returns, in violation of Title 26, United States Code, Section 7206 (1); counts 36-41, Mail Fraud, in violation of Title 18, United States Code, Section 1341, and counts 42-49, Structuring Financial Transactions, in violation of Title 31, United States Code, Section 5324 (a) (3), and 5324 (d) (2). Your Honor released Ms. Prum on the same conditions that were set by Magistrate Judge Marianne B. Bowler on October 1, 2014 which included an unsecured bond of $100,000 and the following conditions:

-Report to U.S. Probation and Pretrial Services as directed
-Maintain residence and not to move without the prior permission of the Court
-Travel is restricted to the District of Massachusetts and New Hampshire
-Surrender U.S. Passport and not to apply for another or any travel documents while case is pending
-Report any contact with Law Enforcement within 24 hours
-Refrain from possessing any firearm, destructive devices, or dangerous weapons
-Statutory conditions
-Refrain from the excessive use of alcohol

Page 2

-Not to use or abuse any of illegal substances or controlled substances unless prescribed by a licensed physician

Ms. Prum has resided with her husband (co-defendant, Thaworn Promket), her children and more recently her mother, (co-defendant, Margaret Mathes). She has been reporting in person to the Lawrence Probation Office the first Wednesday of each month and has complied with all conditions. Ms. Prum advised that she is not employed and receives financial benefits from her mother's rental property. She noted that she volunteers at a homeless shelter in Lowell, MA several days per week.

A check with the Criminal Justice Information Services reveals no new arrests or warrants. The above information is provided for Your Honor's consideration at sentencing.

Respectfully
*Judith Oxford*

Judith Oxford, Senior
U.S. Probation Officer

Reviewed and approved by: /s/ Brian McDonald

Brian McDonald, Supervising
U.S. Probation Officer

JAO

Cc: Andrew Lelling, AUSA

Geoffrey Nathan, Esq.

## UNITED STATES DISTRICT COURT

**CHRISTOPHER MALONEY**
*CHIEF U.S. PROBATION OFFICER*

DISTRICT OF MASSACHUSETTS
PROBATION AND PRETRIAL SERVICES OFFICE

One Courthouse Way
Suite 1-200
Boston, MA 02210
Phone: 617-748-4200
Fax: 617-748-9185

1/26/2015

Honorable Mark L. Wolf, Senior U.S. District Judge
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

RE: PROMKET, Thaworn
Release Status Letter
CR# 13-10276-MLW

Dear Honorable Mark L. Wolf,

This letter is provided as an update of Mr. Promket's compliance with his pretrial release conditions. Mr. Promket appeared before Your Honor on August 28, 2014, for a rule 11 hearing and pled guilty to count 1 Conspiracy, in violation of Title 18, United States Code, Section 371; counts 12-18, Filing False Employment Tax Returns, in violation of Title 26, United States Code, Section 7206 (1); counts 36-41, Mail Fraud, in violation of Title 18, United States Code, Section 1341; and counts 42-49, Structuring Financial Transactions, in violation of Title 31, Section 5324 (a)(3)(d)(2). Mr. Promket was released on the same conditions as previously set by Magistrate Judge Marianne B. Bowler on October 1, 2013, which included an Unsecured Bond of $100,000 and the following conditions:

1. Report to Pretrial/Probation as directed.
2. Surrender passport and do not apply for another.
3. Travel restricted to D/MA, & D/NH.
4. Maintain residence and do not move without prior permission from the Court.
5. Do not possess/use any firearms or destructive devices.
6. Do not possess/use any illegal narcotics.
7. No excessive use of alcohol.
8. Notify Pretrial Services within 24 hrs. of any new arrests.
9. Statutory conditions.

Page 2

Mr. Promket resides with his wife, co-defendant, Boseba Prum, their children and his mother in law, co-defendant Margaret Mathes. He reports to the Lawrence Probation Office the first Wednesday of each month. He and his wife receive income from his mother in law's real estate property and he is not presently employed.

Mr. Promket reported that he was given a ticket for a civil infraction that appeared to be improper snow removal. There was no arrest and a check with the Criminal Justice Information Services didn't reveal any new criminal activity. Mr. Promket has complied with his conditions of release.

The above information has been provided for Your Honor's consideration at sentencing.

Respectfully,
*Judith Oxford*

Judith Oxford
Senior U.S. Probation Officer

Reviewed and approved by   /s/ Judith Oxford

Brian McDonald, Supervising
U.S. Probation Officer

Cc:   Andrew Lelling, AUSA

Victoria Kelleher, Esq.