UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | No.   13-CR-10276-MLW |
| v. | ] | |
| | ] | |
| MARGARET MATHES, BOSEBA PRUM, | ] | |
| SAM PICH, and THAWORN PROMKET | ] | |

## **MOTION TO CORRECT DOCKET**

The government hereby moves for a correction of the PACER docket in this case.

On February 23, 2015, the government accidentally filed a draft version of its supplemental sentencing memorandum and attachments (#161). The memorandum was not in final form and one attachment was not yet redacted. Working with personnel from the clerk's office, a final version of the memorandum was filed (#162), but it did not include the attachments. The final memorandum is not different in substance from the earlier draft.

In an effort to repair this confusion, the government respectfully moves for the following:

(a)   That the Court order docket entries ## 161 and 162 removed from the docket; and

(b)   That the Court order the government immediately to re-file its supplemental sentencing memorandum, in final form, with properly redacted attachments.

The government apologizes for the error.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By:   /s/ *Andrew Lelling*
      Andrew E. Lelling
      Assistant U.S. Attorney
      1 Courthouse Way
      Boston, MA  02210
      617-748-3177
      Andrew.lelling@usdoj.gov

Date:   February 25, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, on February 25, 2015.

                                    /s/ *Andrew Lelling*
                                    Andrew E. Lelling