UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   DOCKET NO. 13-cr-10276-MLW |
| | ) |
| MARGARET MATHES | ) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

Now comes counsel for defendant Margaret Mathes and hereby moves for an extension of time to file a response to the Government's Supplemental Sentencing Memorandum. The Court has requested that any replies or responses be filed by March 16, 2015. Counsel for Mathes is requesting an extension until March 19, 2015 to file her response. As grounds therfor, counsel for Mathes will be out of the country on vacation from March 13, 2015 through March 18, 2015 and needs additional time to file her response. The Assistant United States Attorney assigned to this case, Andrew Lelling, assents to this request.

MARGARET MATHES,
By her Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, BBO#661394
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 13, 2015.

*/s/ Jane F. Peachy*
Jane F. Peachy