UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )    Cr. No. 13-10276-MLW
                                )
MARGARET MATHES, ET AL.,        )
     Defendants.                )

                              ORDER

WOLF, D.J.                                      January 30, 2015


     As previously ordered, the defendants' sentencing hearing will begin on March 23, 2015, at 1:00 p.m. In view of the recent evolution of the issues presented, it may be necessary to continue the hearing on March 24, 2015. Counsel and the parties shall arrange their schedules accordingly, and advise Deputy Clerk Daniel Hohler if they require assistance in rescheduling other matters.

                                    _____
                                    UNITED STATES DISTRICT COURT