UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | )   DOCKET NO. 13-cr-10276-MLW |
| | ) |
| **MARGARET MATHES** | ) |

## MOTION TO WITHDRAW RESPONSE TO GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM AND TO STRIKE PORTION OF DEFENDANT'S SENTENCING MEMORANDUM

Defendant Margaret Mathes hereby withdraws her Response to Government's Supplemental Sentencing Memorandum (ECF No. 171). Furthermore, Mathes moves to strike section I(C) of her Sentencing Memorandum (ECF No. 142) at pages 10-11. As grounds therefor, the defendant is not contesting the government's supplemental Sentencing Memorandum (ECF No. 175).

> **MARGARET MATHES,**
> By her Attorney,
>
> */s/ Jane F. Peachy*
> **Jane F. Peachy, BBO#661394**
> **Assistant Federal Public Defender**
> **Federal Defender Office**
> **51 Sleeper Street, 5th Floor**
> **Boston, MA 02210**
> **Tel: 617-223-8061**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 22, 2015.

> */s/ Jane F. Peachy*
> Jane F. Peachy