UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 13-10276-MLW |
| | ) | |
| MARGARET MATHES, | ) | |
| BOSEBA PRUM, | ) | |
| SAM PICH, and | ) | |
| THAWORN PROMKET, | ) | |
| Defendants. | ) | |

ORDER

WOLF, D.J.                                                       March 24, 2015

As stated in court on March 23, 2015, it is ORDERED that:

1. Defendants Margaret Mathes, Boseba Prum, Sam Pich, and Thaworn Promket shall each report to the institution designated for the service of his or her sentence by 12:00 noon on May 4, 2015.

2. Mathes' conditions of release are revised to include the requirement that she reside at Prum's home at 49 Varnum Avenue, Lowell, Massachusetts, on electronic monitoring, for which Mathes shall pay. Mathes may leave that residence only with the prior approval of the Probation Department for medical or religious reasons. Mathes shall be deemed to be in the custody of Prum. If Mathes violates any condition of her release, the court will likely revoke the release of Prum, Promket, and Pich, as well as Mathes.

/s/ Charles P. Wolf
UNITED STATES DISTRICT COURT