# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | )     **DOCKET NO. 13-cr-10276-MLW** |
| | ) |
| **MARGARET MATHES** | ) |

## NOTICE OF APPEAL

Defendant, Margaret Mathes, hereby appeals her sentence of the District Court in the above-captioned matter to the Court of Appeals for the First Circuit.

                               **Respectfully submitted,**
                               **MARGARET MATHES,**
                               **By Her Attorney,**

                               */s/ Jane Peachy*
                               **Jane Peachy, BBO #661394**
                               **Federal Public Defender Office**
                               **51 Sleeper Street, 5th Floor**
                               **Boston, MA 02210**
                               **(617) 223-8061**

## CERTIFICATE OF SERVICE

I, Jane Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 25, 2015.

                               */s/ Jane Peachy*
                               **Jane Peachy**